PER CURIAM.
Affirmed. Piercy v. School Bd. of Washington County, 576 So.2d 806 (Fla. 1st DCA 1991); Finn v. Prudential-Bache Sec., Inc., 523 So.2d 617 (Fla. 4th DCA), rev. denied, 531 So.2d 1354 (Fla.), cert. denied, 488 U.S. 917, 109 S.Ct. 274, 102 L.Ed.2d 262 (1988); Coral 97 Assocs., Ltd. v. Chino Elec., Inc., 501 So.2d 69 (Fla. 3d DCA 1987); Prudential-Bache Sec., Inc. v. Pauler, 488 So.2d 894 (Fla. 2d DCA 1986); Balboa Ins. Co. v. W.G. Mills, Inc., 403 So.2d 1149 (Fla. 2d DCA 1981).